UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO: 18-21655-AJC
CHAPTER 13

PATRICIA E. SABBAT,

    Debtor

_____/

# WELLS FARGO BANK, N.A.'S OBJECTION TO ATTORNEY REPRESENTED DEBTOR VERIFIED OUT OF TIME MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION (DOC. 27)

Wells Fargo Bank, N.A. ("Secured Creditor"), by and through its undersigned counsel, objects to the Attorney Represented Debtor Verified Out of Time Motion for Referral to Mortgage Modification Mediation (Doc. 27) (the "Motion"), and in support thereof states as follows:

1. On September 21, 2018, Patricia Sabbat (the "Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code

2. Secured Creditor holds a security interest in the Debtor's real property located at 1006 Northeast 203rd Lane, Miami, FL 33179 (the "Property"), for which Secured Creditor has filed Proof of Claim No. 1-1 (the "Claim"). The Claim evidences a secured claim of $304,835.98, arrears of $90,394.54, and an ongoing post-petition payment of $2,020.14.

3. On February 1, 2019, the Debtor filed an Attorney Represented Debtor Verified Out of Time Motion for Referral to Mortgage Modification Mediation ("MMM;" Doc. 27). No Order has been entered.

4. Secured Creditor objects to participating in MMM due to the extensive loss mitigation history and delinquency on this loan.

5.  The Debtor was offered a loan modification on June 2009. The loan modification was rejected by the Debtor. A copy of the June 2009 Modification is attached hereto as Exhibit A.

6.  In August of 2009, the Debtor was offered and accepted another loan modification. A copy of the August 2009 Loan Modification is attached hereto as Exhibit B.

7.  The Debtor defaulted under the August 2009 Loan Modification and was offered and given a Home Affordable Modification Agreement ("HAMP") loan modification in June 2011. A copy of the HAMP 2011 Loan Modification is attached hereto as Exhibit C.

8.  Foreclosure proceedings were commenced and on May 31, 2018, a Consent Final Judgement of Foreclosure was entered in Case No. 2016-005099-CA-01. A sale was scheduled for September 24, 2018. A Copy of the Final Judgement is attached hereto as Exhibit D.

9.  After the filing of the current case the Debtor applied for another loan modification. The Debtor was reviewed and declined in November 2018. A copy of the 2018 Denial Letter is attached as Exhibit E.

10. Secured Creditor has reviewed the Debtor in good faith for numerous loan modifications, the latest being just 2 months ago. Secured Creditor objects to being required to participate in Mortgage Modification Mediation and review the Debtor again. The Debtor has shown a lack of willingness to repay this loan, with a current delinquency in excess of almost 4 years as the loan is due for the May 2015 payment. Any further reviews will result in a denial.

11. Secured Creditor further request that the Debtor be required to amend the plan to either remove the Property from the Plan or conform to the Claim.

12. Secured Creditor reserves the right to amend or supplement this objection.

**WHEREFORE**, Secured Creditor respectfully request that the Court deny the Attorney Represented Debtor Verified Out of Time Motion for Referral to Mortgage Modification Mediation require the Debtor to amend the plan to remove the Property or conform to the Claim, and grant and any additional relief as the Court deems just and proper.

BROCK & SCOTT, PLLC
Attorney for Secured Creditor
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
Phone: (954) 618-6955 Ext: 4773
Fax: 954-618-6954
Floridabklegal@Brockandscott.com

/s/ Teresa M. Hair
_____
TERESA M. HAIR, ESQUIRE
Florida Bar No. 44079

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: Patricia E. Sabbat, 1006 NE 203rd Ln, Miami, FL 33179; Owei Z Belleh, The Belleh Law Group, PLLC, 2525 Embassy Drive, Suite 2, Cooper City, FL 33026; Nancy K. Neidich, POB 279806, Miramar, FL 33027; Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this 12th day of February, 2019.

>BROCK & SCOTT, PLLC
>Attorney for Secured Creditor
>2001 Northwest 64th Street, Suite 130
>Fort Lauderdale, FL 33309
>Phone: (954) 618-6955 Ext: 4773
>Fax: 954-618-6954
>Floridabklegal@Brockandscott.com
>
>/s/ Teresa M. Hair
>_____
>TERESA M. HAIR, ESQUIRE
>Florida Bar No. 44079