**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                                                    CASE NO: 18-21655-AJC
                                                                                                 CHAPTER 13
PATRICIA E. SABBAT,

     Debtor
_____/

**WELLS FARGO BANK, N.A.'S OBJECTION**
**TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Wells Fargo Bank, N.A. ("Secured Creditor"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc. 28), and states as follows:

1. On September 21, 2018, Patricia E. Sabbat, (the "Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code.

2. Secured Creditor holds a security interest in the Debtor's real property located at 1006 Northeast 203rd Lane, Miami, FL 33179 (the "Property"), for which Secured Creditor has filed Proof of Claim No. 1-1 (the "Claim"). The Claim evidences a secured claim of $304,835.98, prepetition arrears of $90,394.54, and an ongoing post-petition payment of $2,020.14.

3. The Debtor's Chapter 13 Plan (Doc. 28; "Plan") lists Secured Creditor's claim under two conflicting provisions of the Plan. The Plan proposes to cure and maintain, while paying Secured Creditor arrears in the amount of $16,762.58, while also seeking a modification of the mortgage and paying $1,085.00 per month.

4. Upon information and belief, the Property is the Debtor's principal residence. Secured Creditor objects, pursuant to Bankruptcy Code § 1322(b)(2), to confirmation of the Plan as it impermissibly modifies Secured Creditor's rights as a secured creditor and proposes to pay Secured Creditor less than what is contractually due.

5.      Secured Creditor objects to participating in Mortgage Modification Mediation ("MMM") due to the extensive loss mitigation history and delinquency on this loan. Secured Creditor has filed an Objection to Motion for Mortgage Modification Mediation (Doc 30).

6.      Secured Creditor request that the Debtor be required to amend the plan to either remove the Property from the Plan or conform to the Claim.

7.      Secured Creditor has incurred attorneys' fees for the preparation and filing of this amended objection to confirmation and reserves its rights to seek reimbursement for those fees.

8.      Secured Creditor objects to any proposed Chapter 13 plan that is inconsistent with Secured Creditor's Claim or is not amended or modified to overcome its objections.

9.      Secured Creditor reserves the right to supplement or amend this objection.

**WHEREFORE**, Secured Creditor respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Secured Creditor as stated herein, and for such other and further relief as the Court may deem just and proper.

BROCK & SCOTT, PLLC
Attorney for Secured Creditor
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
Phone: (954) 618-6955 Ext: 4773
Fax: 954-618-6954
Floridabklegal@Brockandscott.com

/s/ Teresa M. Hair
_____
TERESA M. HAIR, ESQUIRE
Florida Bar No. 44079

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: Patricia E. Sabbat, 1006 NE 203rd Ln, Miami, FL 33179; Owei Z Belleh, The Belleh Law Group, PLLC, 2525 Embassy Drive, Suite 2, Cooper City, FL 33026; Nancy K. Neidich, POB 279806, Miramar, FL 33027; Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this 15th day of February, 2019.

> BROCK & SCOTT, PLLC
> Attorney for Secured Creditor
> 2001 Northwest 64th Street, Suite 130
> Fort Lauderdale, FL 33309
> Phone: (954) 618-6955 Ext: 4773
> Fax: 954-618-6954
> Floridabklegal@Brockandscott.com
>
> /s/ Teresa M. Hair
> _____
> TERESA M. HAIR, ESQUIRE
> Florida Bar No. 44079