

**ORDERED in the Southern District of Florida on June 19, 2019.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                                          CASE NO. 18-21655-AJC

PATRICIA E. SABBAT,                                                              Chapter 13

       Debtor.
_____/

**AGREED ORDER SUSTAINING WELLS FARGO BANK N.A.'S
OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

THIS CASE came before the Court on June 18, 2019 upon the Objection to Confirmation of Debtor's Chapter 13 Plan [Doc. 32] filed by Wells Fargo Bank, N.A., its successors and/or assigns, ("Secured Creditor"). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. The Court having been advised that the parties have consented to the terms of this Order, and being otherwise more fully advised in the premises

It is **ORDERED** as follows:

Secured Creditor's Objection to Confirmation is **SUSTAINED.** Debtor is directed to file

an amended Plan by July 2, 2019 to change the treatment of Secured Creditor pursuant to the

Mortgage Modification Mediation procedures.

# # #

Order submitted by:
Patrick Hruby, Esq.
Attorney for Secured Creditor
Brock & Scott, PLLC
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
Phone: (954) 618-6955
Fax: (954) 618-6954
Floridabklegal@Brockandscott.com

Patrick Hruby, Esq. is directed to serve copies of this order on the parties listed below and file a certificate of service.

Patricia E. Sabbat
1006 NE 203rd Lane
Miami, FL 33179

Owei Z Belleh
The Belleh Law Group PLLC
2525 Embassy Drive, Suite 2
Cooper City, FL  33026

Nancy K. Neidich
P.O. Box 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Avenue
Suite 1204
Miami, FL 33130